**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

)
AMERICAN CENTER FOR LAW                    )
AND JUSTICE,                               )
                                           )
    *Plaintiff,*                        )
                                           )
    v.                                 )   Civil Action No. 18-0798 (RC)
                                           )
U.S. DEPARTMENT OF STATE,                  )
                                           )
    *Defendant.*                       )
_____)

### JOINT STATUS REPORT

The parties, by and through their undersigned counsel, respectfully submit the following joint status report:

This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. Plaintiff, the American Center for Law and Justice, submitted a FOIA request to Defendant United States Department of State.  The request at issue seeks records regarding funding for the Carter Center and Carter Center communication with or support for Hamas and the Popular Front for the Liberation of Palestine (PFLP).  Compl. ¶ 7, ECF No. 1.

The Department's new search of the Bureau of Near Eastern Affairs (NEA) to correct an incorrect date range used in the original search is complete and the Department made a final, supplemental production of documents to Plaintiff on April 24, 2019.

Production of all documents responsive to Plaintiff's narrowed FOIA request is complete and the parties do not anticipate that briefing on any matters will be necessary.

Dated: June 10, 2019

Respectfully submitted,

JAY ALAN SEKULOW
    (D.C. Bar No. 496335)
STUART J. ROTH
    (D.C. Bar No. 475937)
*/s/ Abigail A. Southerland*
 ABIGAIL A SOUTHERLAND
    (TN Bar. No. 026608)
BENJAMIN P. SISNEY
    (D.C. Bar No. 1044721)
OLIVIA SUMMERS
    (D.C. Bar No. 1017339)
American Center for Law and Juistce
201 Maryland Avenue, N.E.
Washington, D.C.  20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
Email: asoutherland@aclj.org

*Counsel for Plaintiff*

JESSIE K. LIU., D.C. Bar # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN,
D.C. Bar #924092
Chief, Civil Division


By: __*/s/ Wyneva Johnson*_____
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Wyneva.johnson@usdoj.gov

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court for the United States District Court for the District of Columbia on June 10, 2019, using CM/ECF, which will send notification of such filing to counsel of record.

<u>/s/ *Abigail A. Southerland*</u>
Abigail A Southerland